UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHIKE OKEKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIOMAT USA, INC., a Nevada Corporation; GRIFOLS BIOLOGICALS INC., a Delaware Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-cv-01251-LRH-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

//

//

//

//

//

//

1

WHEREAS, all of the parties to this action, by and through their undersigned counsel of record, having entered into a confidential settlement agreement disposing of all issues between them, hereby stipulate and agree to a dismissal, with prejudice, of all claims brought by Plaintiff CHIKE OKEKE ("Okeke") against Defendants BIOMAT USA, INC. ("Biomat") and GRIFOLS BIOLOGICALS INC. ("GBI") (collectively "Defendants"), with each party to bear its own attorneys' fees and costs, and request that this Court enter an order accordingly.

WHEREFOR, the parties request that this Court enter its Order accordingly.

DATED: April 3, 2013

**THE AMIN LAW GROUP, NV., LTD.**

By: /s/ Ismail Amin, Esq.
ISMAIL AMIN, ESQ.
Attorneys for Defendants

DATED: April 3, 2013

**KANG & ASSOCIATES, PLLC**

By: /s/ Erica D. Loyd, Esq.
ERICA D. LOYD, ESQ.
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 5th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE